NO. 25-2503

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

**IOWA FARM SANCTUARY AND SHAWN CAMP**
**PLAINTIFFS-APPELLANTS**

**V.**

**UNIVERSITY OF MISSOURI VETERINARY HEALTH CENTER, BY AND THROUGH CURATORS OF THE UNIVERSITY OF MISSOURI, COLUMBIA, ET AL.**

**DEFENDANTS-APPELLEES**

On Appeal from the United States District Court
For the Western District of Missouri, Central Division
No. 2:24-cv-04141-MDH
Hon. Douglas Harpool

## MOTION TO EXTEND TIME FOR FILING OF APPELLEES' BRIEF

Susan Ford Robertson
The Robertson Law Group
1903 Wyandotte, Suite 200
Kansas City, MO 64108
816-221-7010 (phone)
susanr@therobertsonlawgroup.com

*Attorneys for Appellees University of Missouri Veterinary Health Center, by and through Curators of the University of Missouri, Joan Coates, DVM, and Celeste Morris, DVM*

Come now Appellees University of Missouri Veterinary Health Center, by and through Curators of the University of Missouri, Joan Coates, DVM, and Celeste Morris, DVM, by and through the undersigned counsel, pursuant to Federal Rule of Appellate Procedure 26(b) and Local Court Rule 27(1), hereby respectfully move this Court for an extension of time to December 10, 2025, to file Appellees' Brief. In support of this motion, Appellees state:

1. Appellant's Brief submitted to this Court for review on October 8, 2025, and it was filed with this Court on October 9, 2025.

2. Appellees' brief is currently due before this Court on November 10, 2025, as set forth in this Court's docket entry of October 9, 2025.

3. This is the first extension request for Appellees.

4. Counsel for Appellant has no objection to this extension request.

5. The extension request will not prejudice any party to this appeal.

6. Counsel for Appellees requests an additional 30 days to file Appellees' brief due to the undersigned's responsibility in actively participating in a multi-week jury trial in *Mayhew v. Nova First, et al.*, Case No. 23CW-CV00668, in the Circuit Court of Callaway County, Missouri, that began on October 30, 2025. The pretrial and trial issues in this case are complex, and substantial time has been required by the undersigned in the 30 days since Appellant filed the brief in this case, including

2

preparation and arguing of multiple pretrial motions; preparation for and arguing multiple pretrial motions at multiple pretrial conferences; and the preparation and filing of two extraordinary petitions for writ of prohibition in the Missouri Court of Appeals and the Missouri Supreme Court shortly before the jury trial began. The need for preparing and filing the two petitions for writ of prohibition were unanticipated and they required substantial attention and time by the undersigned. These matters have interfered with the preparation, finalization, and filing of the Appellees' brief in this case.

7. Federal Rule of Appellate Procedure 26(b) authorizes this Court to extend the time to file a brief "for good cause." Rule 27A(a)(2) of the Eighth Circuit Local Rules provides that the Clerk of the Court, on behalf of this Court, has discretion to enter orders on matters, including relating to extensions of time to file briefs.

8. This extension request is timely and is not sought for purposes of delay, but rather to ensure that counsel for Appellees can provide effective representation for Appellees, including the preparation, finalization, and filing of the Appellees' Brief in this matter.

Wherefore, for the aforesaid reasons, Appellees University of Missouri Veterinary Health Center, by and through Curators of the University of Missouri, Joan Coates, DVM, and Celeste Morris, DVM respectfully request this Court

sustain the unopposed motion and extend the time for filing Appellees' brief to December 10, 2025.

/s/ Susan Ford Robertson
Susan Ford Robertson #35932
The Robertson Law Group
1903 Wyandotte, Suite 200
Kansas City, MO 64108
816-221-7010 (phone)
susanr@therobertsonlawgroup.com

*Attorneys for Appellees University of Missouri Veterinary Health Center, by and through Curators of the University of Missouri, Joan Coates, DVM, and Celeste Morris, DVM*

## CERTIFICATE OF COMPLIANCE

This document complies with the word limit of Federal R. App. P. 27(d)(2)(A) because, excluding the parts of the document exempted by Rule 32(f), this document consists of 468 words. This document complies with the typeface required of Fed. R.App. 32(a)(5), and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word 365 Version 2510 using 14-point Times New Roman font.

# CERTIFICATE OF SERVICE

The undersigned hereby certifies on November 4, 2025, I electronically filed the foregoing with the Clerk of the Circuit Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

/s/ Susan Robertson
Susan Robertson
The Robertson Law Group, LLC
