# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 25-2503

The Iowa Farm Sactuary, An Iowa nonprofit corporation and Shawn Camp

Appellants

v.

University of Missouri Veterinary Health Center, et al.

Appellees

Jane Doe, Dr., In her official and individual capacity

Dr. Celeste Morris, in her official and individual capacity

Appellee

_____

Appeal from U.S. District Court for the Western District of Missouri - Jefferson City
(2:24-cv-04141-MDH)
_____

**ORDER**

Appellees' motion for extension of time to file the brief is granted. Appellees may have until December 10, 2025 to file the brief.

November 05, 2025

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Susan E. Bindler