No. 25-2503

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

IOWA FARM SANCTUARY AND SHAWN CAMP

*Plaintiffs-Appellants*

v.

UNIVERSITY OF MISSOURI VETERINARY HEALTH CENTER, by and through CURATORS OF THE UNIVERSITY OF MISSOURI, COLUMBIA, ET AL.

*Defendants-Appellees*

On Appeal from the United States District Court
for the Western District of Missouri, Central Division
No. 2:24-cv-04141-MDH
Hon. Douglas Harpool

## MOTION TO EXTEND TIME FOR FILING
## APPELLANTS' REPLY BRIEF

*Jessica L. Blome
Cyrus M. Moshiri
Greenfire Law, PC
2748 Adeline Street, Suite A
Berkeley, CA 94703
(510) 900-9502
jblome@greenfirelaw.com
cmoshiri@greenfirelaw.com

*Attorneys for Appellants Iowa Farm Sanctuary and Shawn Camp*

COME NOW Appellants IOWA FARM SANCTUARY AND SHAWN CAMP by and through the undersigned counsel, pursuant to Federal Rule of Appellate Procedure 26(b) and Local Court Rule 27, hereby respectfully move this Court for an extension of time to February 2, 2026, to file Appellants' reply brief. In support of this motion, Appellants state as follows:

1. Appellants timely submitted their opening brief to this Court for review on October 8, 2025, and it was filed with this Court on October 9, 2025.

2. Appellees' counsel timely requested an extension of time of thirty days to file Appellee's responding brief, which moved Appellees' deadline from November 10 to December 11, 2025.

3. Appellees timely submitted their responding brief to this Court for review on December 10, 2025, and it was filed with this Court on December 11, 2025.

4. Appellants' reply brief is currently due on January 2, 2026, as set forth in this Court's docket entry of December 11, 2025.

5. This is the first extension request by Appellants for Appellants' reply brief and the second extension request by Appellants in this appeal.

6. Counsel for Appellees have no objection to this extension request.

7. The extension request will not prejudice any party to this appeal.

2

8. Counsel for Appellants requests an additional 30 days to file Appellants' reply brief due to the undersigned's unavailability during the period of December 15, 2025, through January 2, 2026. During this time, undersigned counsel will be out of the office on pre-scheduled family holiday travel and tending to family health matters. As a result, counsel will be unable to devote the necessary time to prepare, finalize, and file Appellants' reply brief by the current deadline.

9. Federal Rule of Appellate Procedure 26(b) authorizes this Court to extend the time to file a brief "for good cause." Rule 27A(a)(2) of the Eighth Circuit Local Rules provides that the Clerk of the Court, on behalf of this Court, has discretion to enter orders on matters, including relating to extensions of time to file briefs.

10. This extension request is timely and is not sought for purposes of delay, but rather to ensure that counsel for Appellants can provide effective representation for Appellees, including the preparation, finalization, and filing of the Appellants' reply brief in this matter.

WHEREFORE, Appellants THE IOWA FARM SANCTUARY and SHAWN CAMP respectfully request that this Court sustain this unopposed motion and extend the time for filing Appellants' reply brief to February 2, 2026.

//

//

3

Appellate Case: 25-2503   Page: 3   Date Filed: 12/11/2025 Entry ID: 5587310

Dated: December 11, 2025

Respectfully submitted,

By: */s/ Cyrus J. Moshiri*
Jessica L. Blome
Cyrus J. Moshiri
GREENFIRE LAW, PC
2748 Adeline Street, Suite A
Berkeley, CA 94703

*Attorneys for Iowa Farm Sanctuary and Shawn Camp*

4

# CERTIFICATE OF COMPLIANCE

This document complies with the word limit of Federal R. App. P. 27d(2)(A) because, excluding the parts of the document exempted by Federal R. App. P. 32(f), this document contains 396 words. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word 365 Version 16.99.2 using the 14-point Times New Roman font.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 11, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

<i>/s/ Jessica L. Blome</i><br>
Jessica L. Blome<br>
Greenfire Law, PC