# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Susan E. Bindler**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

January 26, 2026

Jessica L. Blome
GREENFIRE LAW
Suite A
2748 Adeline Street
Berkeley, CA  94703

RE:  25-2503  The Iowa Farm Sanctuary, et al v. Univ. of MO Vet Health Center, et al

Dear Counsel:

Please see enclosed the new caption for the above case.  This new caption corrects a typographical error in the party The Iowa Farm Sanctuary.

Susan E. Bindler
Clerk of Court

RDB

Enclosure(s)

cc:     Jeffrey Hyatt Blaylock
        Wade H. Ford Jr.
        Cyrus J. Moshiri
        Lily Anne Rivo
        Susan Ford Robertson
        Paige A. Wymore-Wynn

District Court/Agency Case Number(s):   2:24-cv-04141-MDH