

JESSICA L. BLOME
2748 Adeline Street, Suite A
Berkeley, CA 94703
Phone: (510) 900-9502
Email: jblome@greenfirelaw.com
www.greenfirelaw.com

February 6, 2026

   RE: *The Iowa Farm Sanctuary et al. v. University of Missouri, et al.,*
      **Appellate Case No. 25-2503**

Dear Clerk of the Court:

 Counsel for Appellants submit the following conflict dates falling within upcoming Eighth Circuit oral argument sessions scheduled at least four weeks prior to the Court's notice ot counsel of the above-referenced matter's selection for oral argument. These conflicts are based on preexisting court obligations, professional commitments, and counsel unavailability:

- <u>March 16</u>: Counsel unavailable due to attendance and participation as panelist in the Public Interest Environmental Law Conference on Monday, March 16

- <u>March 17</u>: Counsel unavailable due to appearance for initial case management conference in *Deniz Bolbol v. Bill Pickett Invitational Rodeo, Ltd. et al.,* Case No.: 4:25-cv-10466-JST, United States District Court, Northern District of California.

- <u>April 13-17</u>: Counsel unavailable due to preplanned travel and professional commitments for preparation preceding oral argument before the 11th Circuit in *Bear Warriors United, Inc. v. Florida Department of Environmental Protection*, Case Nos. 25-11612 & 25-1182, which is scheduled to take place on April 20, 2026, in Atlanta, Georgia.

- <u>May 15</u>: Counsel unavailable due to preplanned travel to Iowa for niece's high school graduation.

 Appellants respectfully submit the conflict list above as the specific dates on which counsel cannot appear.

Sincerely,

/s/ *Jessica L. Blome*
Jessica L. Blome
Cyrus Moshiri
Greenfire Law, PC